# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>BRYAN J. CANDITO | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number:  **3:14-cr-0002 CMK**<br><br>_____Aaron Williams_____<br>Defendant's Attorney |

**THE DEFENDANT:**

[X]  pleaded guilty to count(s):  __1__ .
[ ]  pleaded nolo contendere to counts(s) _____ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 844(a) | Possess Controlled Substance | 03/11/2014 | 1 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

_____10/07/204_____
Date of Imposition of Judgment

_/s/ Craig M. Kellison_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

_____10/08/14_____
Date

DEFENDANT:  TRACY M. PRATHER

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: FOURTEEN (14) days.

The defendant shall surrender to the United States Marshal for this district at 501 I Street, Sacramento, California, on December 1, 2014, at 10:00 a.m.